1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
**ALFRED RUBEN GONZALES,**                    CIV-S-06-0196 MCE PAN P
12
                                    Petitioner,    ~~PROPOSED~~ **ORDER**
13
             **v.**
14
**DERRAL ADAMS, WARDEN, ET AL.,**
15
                                   Respondents.
16

17
        Good cause appearing, it is ordered that the time for the filing of Respondent's
18
response be extended to and including May 9, 2006.
19

20
Dated: April 18, 2006.
21

22

23                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[Proposed] Order

1