IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED RUBEN GONZALES,** | CIV-S-06-0196 MCE PAN |
| Petitioner, | ~~Proposed~~ ORDER |
| v. | |
| **DERRAL ADAMS, WARDEN, ET AL.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before June 8, 2006. No further extensions will be granted.

Dated: May 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\gonz0196.36sec