IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED RUBEN GONZALES, | No. 2:06-cv-00196-MCE-CHS-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| DERRAL G. ADAMS, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se with a petition for writ of habeas corpus, has filed a motion for reconsideration of this court's order filed on September 30, 2009, which adopted in full the August 28, 2009 findings and recommendations of the magistrate judge. The motion fails to demonstrate any new or different facts or circumstances which did not exist or were not previously shown. *See* E.D. Local Rule 78-230(k). Accordingly, the motion for reconsideration will be denied.

    In the alternative, petitioner requests that a certificate of appealability issue so that he can appeal the court's decision. A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

1

1  In this case, a certificate of appealability shall not issue because petitioner failed to file a notice
2  of appeal of the court's decision.  The time for filing a timely notice of appeal has run and, at this
3  point, may not be extended or reopened by this court.  Fed. R. App. P. 4(a)(5)-(6).
4        Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED THAT:
5  (1) Petitioner's motion for reconsideration is DENIED; and
6  (2) Petitioner's request for a certificate of appealability is DENIED.

  Dated:  November 17, 2009

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE